### Engler *v.* Davis.

An answer to the whole of a cause of action, which goes only to a part of it, is bad.

APPEAL from the *Shelby* Common Pleas.

*Per Curiam.*—The judgment in this case is affirmed, with 5 per cent. damages, because there is no error in the record. An answer to the whole of a cause of action, which goes only to a part of it, is bad. The judgment is affirmed accordingly, with costs.

*T. A. McFarland,* for the appellant.
*Davis, Wright & Green,* for the appellee.